RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2020 NOV 19 PM 3: 11

THOMAS JACKSON
_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

**AMENDED COMPLAINT**
(Prisoner)

-against-

SERGEANT THOMAS KNIGHT, NURSE ANNE BASIL, C.O. EDWIN SANTOS, C.O. LAWTON BROWN, C.O. VINCENTE SANTIAGO, C.O. RENEE CURRY, C.O. PATRICK BAILEY, SERGEANT CARLOS ACEVEDO, sued in their individual capacities

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other:   8th Amendment cruel and unusual and 1st amendment right

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Thomas                        I              Jackson
First Name          Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Upstate Corr. Fac.
Current Place of Detention

P.O. Box 2001
Institutional Address

Malone                         New York              12953
County, City                   State                 Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other:

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Thomas Knight
First Name / Last Name / Shield #
Sergeant
Current Job Title (or other identifying information)
Sing Sing Correctional Facility, 354 Hunter Street,
Current Work Address
Ossining, NY 10562
County, City / State / Zip Code

Defendant 2: Anne Basil
First Name / Last Name / Shield #
Nurse
Current Job Title (or other identifying information)
Taconic Correctional Facility, 250 Harris Road,
Current Work Address
Bedford Hills, NY 10507
County, City / State / Zip Code

Defendant 3: Carlos Acevedo
First Name / Last Name / Shield #
Sergeant
Current Job Title (or other identifying information)
Sing Sing Corr. Fac. 354 Hunter Street,
Current Work Address
Ossining NY 10562
County, City / State / Zip Code

Defendant 4: Vincente Santiago
First Name / Last Name / Shield #
C.O.
Current Job Title (or other identifying information)
Sing Sing Corr. Fac., 354 Hunter Street,
Current Work Address
Ossining NY 10562
County, City / State / Zip Code

Page 3

Defendant 8: Renee / Curry / ____
             First Name   Last Name   Shield #

C.O.
Current Job title

Sing Sing Corr. Fac., 354 Hunter Street,
Current Work Address

Ossining / NY / 10562
County, City   State   Zip Code

Defendant 5: Edwin / Santos / Shield #
First Name / Last Name / Shield #

C.O.
Current Job title

Sing Sing Corr. Fac., 354 Hunter Street,
Current Work Address

Ossining / NY / 10562
County, City / State / Zip Code

Defendant 6: Lawton / Brown / Shield #
First Name / Last Name / Shield #

C.O.
Current Job title

New York State Department of Corr. and community supervision, 1220 Washington AVE.;
Current Work Address

Albany / NY / 12226
County, City / State / Zip Code

Defendant 7: Patrick / Bailey / Shield #
First Name / Last Name / Shield #

C.O.
Current Job title

Sing Sing Corr. Fac., 354 Hunter Street,
Current Work Address

Ossining / NY / 10562
County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sing Sing Corr. Fac., 354 Hunter St., Ossining, NY 10562

Date(s) of occurrence: 9/17/2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 9/17/2017, plaintiff was taken out of his cell, which was Z gallery (B block 31 cell). Plaintiff was taken out of his cell by officer Acevedo who put plaintiff in handcuffs behind his back at 8:00 A.M. Officer Acevedo started to escort the plaintiff down Z gallery, and stated to plaintiff, "We will get you out of Sing Sing one way or another, because you like to try to write grievances." Plaintiff was then escorted by C.O. Acevedo in front of 7 building. There was six officers and a sergeant waiting in front of 7 building. C.O. Acevedo held on to the plaintiffs handcuffs from behind while officer Brown upcuted plaintiff with a punch to the stomach, and plaintiff dropped to the floor in pain. C.O.'s Brown, Santiago, Santos, and Acevedo started kicking, punching, stomping, and pushing plaintiff all over his body while Sergeant Knight stood by and did nothing. Plaintiff was then dragged into an area, which was a waiting area for inmates in the prison hospital. The C.O.'s continued to beat plaintiff for about ten minutes. Plaintiff was still in handcuffs. Sergeant Knight stated to plaintiff during the beat down, "We got

Page 4

you, I bet you will not try to file another grievance on Sergeant Pagan, or beat another ticket." Plaintiff was brought in handcuffs to see nurse Basil who refused to take a statement and provide medical attention to the plaintiff. Plaintiff complained to the nurses nurse that he was beat by officers while in handcuffs and that he has back and leg pains and needed to go to the outside hospital. Nurse Basil only documented one laceration on plaintiff's rist to try and cover up the injuries from the assault by the officers. Plaintiff was taken →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff was giving a MRI, which came back positive for injurie to left uper thigh that has a secoundary tear in the muscle and internal bleeding. Plaintiff received a walker, bed rest in the infermary, medical shower pass, pain medication, physical therapy, a powder substance to use the bathroom everyday, administered an enema three times, plaintiff also has a permenant lump in left leg, and back pain.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

The actions of defendants Knight, Acevedo, Santiago, Santos, Brown, in using physical force against the plaintiff without need or provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the eighth Amendment of the united states constitution. Award compensatory damages in the following amounts; 1.) $100,000 jointly and severally against defendants Knight, Acevedo, Santiago, Santos, Brown for the physical and emotional injuries sustained as a result of the beating. 2.) $50,000 against defendant Basil for the physical and emotional injury resulting from failure to provide adequate medical care to plaintiff. Award punitive damages in the following amounts; 1.$50,000 each against defendants Knight, Acevedo, Santiago, Brown, Basil, curry and bailey, Santos.

to the box by C.O. Pesnairo and C.O. Moore. Plaintiff told the officers that he was in pain and that he was assaulted and set up. Plaintiff was in great pain and could not move, plaintiff started to vomit all over his cell floor. Plaintiff was taken back to medical in a wheelchair by officer Moore. Nurse Basil gave plaintiff something for his throat so the acid does not burn plaintiffs throat. Plaintiff was complaining to nurse Basil about the pain in his body from the assault by the officers. The nurse refused to send plaintiff to the outside hospital. Plaintiff was sent back to the box in a wheelchair. Plaintiff was sent back to medical because he was in so much pain and was having breathing problems. Nurse Basil refused to give plaintiff medical attention again by not sending plaintiff to the outside hospital. Plaintiff wrote a grievance on 9/17/2017, while in the box about the retaliation and physical assault and lack of medical treatment. Plaintiff gave his grievance to an unidentified officer. Plaintiff was transferred to another prison because of a fabricated misbehavior report to cover up the assault. Officer Curry and Bailey fabricated a misbehavior report to cover up the retaliation and assault. Plaintiff also has exculpatory evidence to show that he was in his cell during the time in question in the misbehavior report. Plaintiff has a "Go around sheet", which states the plaintiff was in his cell. This is the second time plaintiff was set up with fabricated charges out of retaliation for trying to file a grievance.

Pg.(5)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11/15/2020 | Thomas Jackson |
|---|---|
| Dated | Plaintiff's Signature |

| Thomas | I | Jackson |
|---|---|---|
| First Name | Middle Initial | Last Name |

Upstate Corr. Fac. P.O. Box 2001
**Prison Address**

| Malone | NY | 12953 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 11/15/2020

Page 6

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953
Name: Thomas Jackson
Din-12A3039

TO: Pro Se intake unit
500 pearl street
Room 200, NY, New York 10007

Legal Mail