UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JACKSON,

                            Plaintiff,

                -against-

SERGEANT THOMAS KNIGHT; NURSE ANNE BASIL; SERGEANT CARLOS ACEVEDO; C.O. VINCENTE SANTIAGO; C.O. RENEE CURRY; C.O. LAWTON BROWN; C.O. PATRICK BAILEY; C.O. EDWIN SANTOS,

                            Defendants.

20-CV-6655 (CS)

ORDER OF SERVICE

---

CATHY SEIBEL, United States District Judge:

      Plaintiff, currently incarcerated in Upstate Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated August 27, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1]

**A.**     **Service on Newly Identified Defendants**

      On September 4, 2020, the Court issued an order severing and transferring some of Plaintiff's claims, directing service on the identified defendants, and seeking assistance, under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), from the New York State Attorney General's Office in identifying John and Jane Doe defendants. (ECF No. 9.) The Attorney General's Office provided those names on November 3, 2020, and Plaintiff filed an amended complaint on November 19, 2020. (ECF Nos. 12, 13.)

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

To allow Plaintiff to effect service on Defendants Sgt. Thomas Knight, Nurse Anne Basil, Sgt. Carlos Acevedo, C.O. Vincente Santiago, C.O. Edwin Santos, C.O. Lawton Brown, C.O. Patrick Bailey, and C.O. Renee Curry through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

**B.    Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is instructed to issue summonses, complete the USM-285 forms with the addresses for Defendants Sgt. Thomas Knight, Nurse Anne Basil, Sgt. Carlos Acevedo, C.O. Vincente Santiago, C.O. Edwin Santos, C.O. Lawton Brown, C.O. Patrick Bailey, and C.O. Renee Curry, and deliver all documents necessary to effect service to the U.S. Marshals Service.

Local Civil Rule 33.2 applies to this action.

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 20, 2020
           White Plains, New York

_____
CATHY SEIBEL
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Sgt. Thomas Knight
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

2. Sgt. Carlos Acevedo
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

3. C.O. Vincente Santiago
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

4. C.O. Edwin Santos
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

5. C.O. Patrick Bailey
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

6. C.O. Renee Curry
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

7. Nurse Anne Basil
   Taconic Correctional Facility
   250 Harris Road
   Bedford Hills, New York 10507

8. C.O. Lawton Brown
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Albany, New York 12226