UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JACKSON,

                          Plaintiff,

          -against-

SERGEANT THOMAS KNIGHT; NURSE ANNE BASIL; SERGEANT CARLOS ACEVEDO; C.O. VINCENTE SANTIAGO; C.O. RENEE CURRY; C.O. LAWTON BROWN; C.O. PATRICK BAILEY; C.O. EDWIN SANTOS,

                          Defendants.

20-CV-6655 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

      Plaintiff, currently incarcerated in Upstate Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated August 27, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1] By order dated November 20, 2020, the Court ordered service via the U.S. Marshals on, among others, Defendant C.O. Lawton Brown. The Marshals were informed that Defendant Brown was not located at the New York State Department of Corrections and Community Supervision in Albany, but rather was located at Sing Sing Correctional Facility. (Doc. 17.)

      Accordingly, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant C.O. Lawton Brown. The Clerk of Court is further instructed to deliver to the Marshals Service all the paperwork (including a new

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

summons if necessary) necessary for the Marshals Service to effect service upon Defendant Brown.

## CONCLUSION

The Clerk of Court is instructed to issue a new summons if necessary, complete a USM-285 form with the address for Defendant C.O. Lawton Brown, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 28, 2021
         White Plains, New York

_____
CATHY SEIBEL
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

1.     C.O. Lawton Brown
    Sing Sing Correctional Facility
    354 Hunter Street
    Ossining, New York 10562