UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JACKSON,

                         Plaintiff,

-against-

SERGEANT THOMAS KNIGHT; NURSE ANNE BASIL; SERGEANT CARLOS ACEVEDO; C.O. VINCENTE SANTIAGO; C.O. RENEE CURRY; C.O. LAWTON BROWN; C.O. PATRICK BAILEY; C.O. EDWIN SANTOS,

                         Defendants.

20-CV-6655 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

      Plaintiff, currently incarcerated in Upstate Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. The New York State Attorney General, pursuant to a *Valentin* order, identified a Jane Doe nurse as Anne Basil, (Doc. 12), and Plaintiff amended his Complaint accordingly, (Doc. 13). Today the Attorney General advised that that identification was in error, and the nurse at issue is Debra Bryant. (Doc. 30.)

      Accordingly, all claims against Nurse Anne Basil are dismissed; the caption shall be amended to substitute Nurse Debra Bryant for Nurse Anne Basil; and – so that Plaintiff does not have to amend again – the allegations in the Amended Complaint against Nurse Anne Basil will be deemed to be against Nurse Debra Bryant. The Clerk of Court is instructed to issue a summons to Debra Bryant and fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for her. The Clerk of Court is further instructed to deliver to the Marshals Service a copy of this Order and all the paperwork necessary for the Marshals Service to effect service upon Defendant Debra Bryant.

## CONCLUSION

The Clerk of Court is instructed to amend the caption to substitute Nurse Debra Bryant for Nurse Anne Basil; issue a summons to Debra Bryant; complete a USM-285 form with the address for Defendant Debra Bryant, and deliver to the Marshals Service a copy of this Order and all documents necessary to effect service. The Marshals Service shall include a copy of this Order with the papers it serves on Ms. Bryant.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 8, 2021
       White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

1. Nurse Debra Bryant
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562