UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THOMAS JACKSON,                                           :
                                                              :   Case No. 20-Civ-6655 (CS)
                              Plaintiff,   :
                                                              :
           - against -                                :
                                                              :
SERGEANT THOMAS KNIGHT, et al.                            :
                                                              :
                            Defendants.   :
------------------------------------------------------------- X

       **John R. Doran**, an attorney duly admitted to practice in New York and this Court, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

       On August 25, 2021, I served the: (1) Notice of Motion, (2) Memorandum of Law in Support of Defendants' Motion to Dismiss, and (3) all unreported cases cited therein upon:

               Thomas Jackson
               DIN No 12A3039
               Five Points Correctional Facility
               6600 State Route 96
               P.O. Box 119
               Romulus, NY 14541

by mailing a true and correct copy thereof, properly enclosed and properly sealed, and in a paid envelope, which I deposited with a United States Postal Worker employed by the United States Postal Services within the State of New York located at 170 Martine Ave, White Plains, NY 10601, addressed to the pro se plaintiff at the above-noted address designated by the plaintiff for that purpose.

                                                                        S/ *John R. Doran*
                                                                        John R. Doran

Executed: White Plains, New York
              August 25, 2021