UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THOMAS JACKSON,

                         Plaintiff,

           - against -

SERGEANT THOMAS KNIGHT, et al.

                       Defendants.
------------------------------------------------------------ X

Case No. 20-Civ-6655 (CS)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      **IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Thomas Jackson, DIN # 12-A-3039, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated: September 30, 2022
           White Plains, New York

SO ORDERED.

_____
CATHY SEIBEL
United States District Judge