UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jackson,

                    Plaintiff(s),

      -against –

Acevedo et al,

                    Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:20-CV-006655 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: February 14, 2023
    White Plains, New York

                                          *Cathy Seibel*
                                      _____
                                        CATHY SEIBEL, U.S.D.J.